AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CENTER OF HOPE CHRISTIAN
FELLOWSHIP, LOCAL, CHURCH OF GOD           JUDGMENT IN A CIVIL CASE
IN CHRIST,

      Plaintiff,                                    CASE NUMBER: **3:11-cv-173-RCJ-VPC**
V.

WELLS FARGO BANK NEVADA, N.A., et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that Defendant's Motion for Summary Judgment [31] and Motion to Expunge Lis Pendens [33] are **GRANTED**.

November 27, 2012                                                    **LANCE S. WILSON**
                                                                                           Clerk

                                                                               /s/ H. Jordan
                                                                               Deputy Clerk